# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| INFINIUM BUILDERS, LLC, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:23-cv-00924 |
| ) | Judge Trauger |
| METROPOLITAN GOVERNMENT OF ) | |
| NASHVILLE & DAVIDSON COUNTY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

It is hereby **ORDERED** that the initial case management conference scheduled for February 26, 2024 is RESET for Thursday, October 19, 2023 at 4:00 p.m.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge